# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LEIGH BREON, <br><br> Plaintiff, <br><br> vs. <br><br> GEORGIA BANK & TRUST CO. OF AUGUSTA, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § | C.A. NO. C-08-183 |
| ROBERT L. WARD, <br><br> Plaintiff, <br><br> vs. <br><br> WACHOVIA MORTGAGE CORP., *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | C.A. NO. C-08-184 |

## ORDER

On June 2, 2008, the transferor Court in <u>Ward v. Wachovia Mortgage Corp., *et al*</u>., 2:08-cv-184, entered an order dismissing the case without prejudice, and on June 4, 2008, the transferor Court in <u>Breon v. Georgia Bank & Trust Company of Augusta, *et al*</u>., 2:08-cv-138, did the same. (D.E. (184) 30; D.E. (183) 28.)[1] On June 6, 2008, the MDL Panel transferred both cases to this Court for resolution. (D.E. (184) 31; D.E. (183) 29.) As both <u>Ward</u> and <u>Breon</u> were

---

[1] "D.E. (183)" refers to docket entries in <u>Breon v. Georgia Bank & Trust Company of Augusta, *et al*</u>., 2:08-cv-138, and "D.E. (184)" refers to docket entries in <u>Ward v. Wachovia Mortgage Corp., *et al*</u>., 2:08-cv-184.

dismissed in their entirety prior to transfer, there is no present case or controversy before the Court.

SIGNED and ORDERED this 17th day of June, 2008.

_____
Janis Graham Jack
United States District Judge